**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Jerome B. Williams

       vs                    Case Number C2-01-681

General Electric Company, et al.,    **Judge** Marbley
                                             **Magistrate Judge** Abel

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED Pursuant to the October 23, 2003 Order and Opinion, the Defendant's Motion for Judgment on the Pleadings is Granted as to Plaintiff's ADEA claim and Plaintiff's state claim under O.R.C.§ 4112 is Dismissed as well.

Date:  **October 23, 2003**                            **Kenneth J. Murphy, Clerk**

                                                                   s/ Sherry Nichols