## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

JEROME B. WILLIAMS,           :
                              :
    Plaintiff,            :     Case No. 2:01-cv-681
                              :
    v.                    :     JUDGE ALGENON L. MARBLEY
                              :
GENERAL ELECTRIC COMPANY, et al.,  :     Magistrate Judge Abel
                              :
    Defendants.           :

## VERDICT FORM

We the jury, having been duly empaneled and sworn, find the following:

1.    Did Defendant GE violate Ohio law by discriminating against Plaintiff Williams on account of his age, by terminating Plaintiff's position as a Transmission Leader in its T&D Sales Division?

    Yes _____              No ✓

IF YOU ANSWERED YES TO QUESTION 1, CONTINUE WITH QUESTIONS 2 (A. and B.) AND 3.  IF YOU ANSWERED NO TO QUESTION 1, SIGN AND DATE THIS VERDICT FORM.

2.    What amount of money is required to compensate Jerome Williams for his actual damages proximately caused by GE's discrimination?

    A.    Back Pay: (with amount deducted for wages, benefits and SERO/pension compensation received during the period of back pay awarded)

    $_____ (Write in dollar amount)

34

B.    Compensatory Damages:

$_____ (Write in dollar amount)

_____
Foreperson

_____

_____

_____

_____

_____

_____

_____

SIGNED THIS __18__ DAY OF MARCH, 2004.

35