**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

Jerome B. Williams

      vs

General Electric Company, et al.,

JUDGMENT IN A CIVIL CASE

Case Number 2:01-cv-681

**Judge Marbley**
**Magistrate Judge** Abel

[X] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the March 18, 2004 Jury Verdict, Judgment is entered in favor of the Defendants' and against the Plaintiff.

Date: March 19, 2004

James Bonini, Clerk

*Sherry Nichols* (signature)

Sherry Nichols/Deputy Clerk