UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
JAMES BONINI
CLERK

2004 APR 16 P 1:59

JEROME B. WILLIAMS,

    Plaintiff

vs.

GENERAL ELECTRIC COMPANY, et al.,

    Defendants.

Case No. C2-01-681

Judge Marbley

## NOTICE OF APPEAL

PLEASE TAKE NOTICE THAT plaintiff Jerome B. Williams hereby appeals to the United States Court of Appeals for the Sixth Circuit from the June 31, 2003 Order and Opinion granting summary judgment to defendants with respect to plaintiff's state law claim regarding his termination as Regional Sales Manager and from the Court's March 4, 2004 Order and Opinion on motions in limine and subsequent oral rulings on motions in limine relating to stock option damages, front pay, including lost pension damages and punitive damages, all of which became final appealable orders as of the final judgment entered on March 19, 2004 in this matter.

                                                        *Joanne W. Detrick*

Russell A. Kelm         (0011034)
Joanne Weber Detrick   (0041512)
LAW OFFICES OF RUSSELL A. KELM
37 W. Broad Street, Suite 860
Columbus, Ohio 43215
(614) 246-1000
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appeal has been served this 16th day of April, 2004, by first class U.S. Mail, postage prepaid, upon counsel for defendants Charles M. Roesch, Dinsmore & Shohl LLP, 1900 Chemed Center, 255 E. Fifth Street, Cincinnati, Ohio 45202.

                                                          Joanne W. Detrich
                                                          Attorney for Plaintiff

williams,j\appeal\plnoticeappeal.doc

```
Fri Apr 16 13:38:38 2004

UNITED STATES DISTRICT COURT

COLUMBUS, OH

Receipt No.   200 241090
Cashier       jm1

Check Number: 5853

DO Code    Div No
 4661        2

Sub Acct Type Tender      Amount
1:086900  N     2          105.00
2:510000  N     2          150.00

Total Amount      $        255.00

APPEALS FEE/C2-01-681


Y



n
```