✎AO 133     (Rev. 9/89)  Bill of Costs

# UNITED STATES DISTRICT COURT

Southern District of Ohio

Jerome B. Williams

## BILL OF COSTS

V.

General Electric Company

Case Number:  2:01-cv-681

Judgment having been entered in the above entitled action on  March 19, 2004  against  Plaintiff Jerome Williams ,
                                                                                       Date

the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ 150.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | 3,936.63 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 5,466.38 |
| Fees for witnesses (itemize on reverse side) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 625.66 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case . . . . . . . . . . | 160.80 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| TOTAL | $ 10,339.47 |

SPECIAL NOTE:  Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill was mailed today with postage prepaid to:  Russell A. Kelm, 37 W. Broad Street, Suite 860, Columbus, OH 43215 .

Signature of Attorney:  *Charles M Roesch*

Name of Attorney:  Charles M. Roesch

For:  Defendant General Electric Company                                    Date:  September 9, 2005
          Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____

| Clerk of Court | Deputy Clerk | Date |
|---|---|---|

| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| [see attached itemization] | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
    "Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law.  Costs may be taxed by the clerk on one day's notice.  On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
    "Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
    "Entry of the judgment shall not be delayed for the taxing of costs."

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION AT COLUMBUS**

JEROME B. WILLIAMS : Civil Action No. 2:01CV681
:
         Plaintiff, : Judge Marbley
: Magistrate Judge Abel
    v. :
:
GENERAL ELECTRIC COMPANY, : **MEMORANDUM IN SUPPORT OF**
et al. : **DEFENDANT GENERAL**
: **ELECTRIC COMPANY'S BILL OF**
         Defendants. : **COSTS**

    The following is an itemization of costs listed on Defendant General Electric

Company's Bill of Costs.

## ITEMIZATION

**A.**    **Filing Costs**

    1.    Removal From state court to federal court -
        July 5, 2001 filing fee ...........................................................$  150.00

        **TOTAL FILING**
        **COSTS:**..............................................................................**$  150.00**

**B.**    **Costs Of Depositions Necessarily Used In Defendants' Motion For Summary**
       **Judgment, For Trial  Preparation And For Use At Trial**

    1.    Court reporter costs for deposition of Jerome Williams
        on August 12, 2002 ............................................................$ 1,954.90

    2.    Transcript of Thomas Bilia's
        August 27, 2002 deposition ................................................$  550.00

    3.    Transcript of Michael Coleman's
        August 22, 2002 deposition ................................................$  194.31

    4.    Transcript of Norris Woodruff's
        October 8, 2002 deposition ................................................$  596.62

1

5.  Transcript of Louis Sweatland's
    October 30, 2002 deposition ...................................................$  295.80

6.  Transcript of Jonathan Keegan's
    November 15, 2002 deposition ............................................$  345.00

    **TOTAL DEPOSITION
    COSTS:**................................................................................$3,936.63

**C.  Fees And Disbursements For Printing And Witnesses**

1.

| Printing Costs | Filing Date (filed prior to inception of electronic filing) | No. of Pages of Pleading | Total Number of Pages[1] | Cost Per Page | Total Cost Per Pleading |
|---|---|---|---|---|---|
| Defendants' Notice of Removal | 7/18/2001 | 9 | 36 | .10 | 3.60 |
| Defendants' Corporate Disclosure Statement | 7/18/2001 | 2 | 8 | .10 | .80 |
| Defendants' Answer to Plaintiff's Complaint | 7/24/2001 | 5 | 20 | .10 | 2.00 |
| Defendants' Answer to Plaintiff's Amended Complaint | 1/10/2002 | 6 | 24 | .10 | 2.40 |
| Defendants' Motion for Summary Judgment and Memorandum in Support | 2/7/2003 | 63 | 252 | .10 | 25.20 |
| Defendants' Reply Brief in Support of | 3/31/2003 | 58 | 232 | .10 | 23.20 |

---

[1] Section 1920(4) permits a party to recover costs of pleadings and motions filed with the Court.  Cook v. VFS, Inc., 2000 U.S. Dist. LEXIS 15621 at *19 (S.D. Ohio Sept. 27, 2000) (citing Jordan v. Vercoe, 1992 WL 96348 (6th Cir. 1992)).  The 4 copies include one copy for the Court; one  attorney work copy, a copy for Defendant, and a service copy for Plaintiff.

| Printing Costs | Filing Date (filed prior to inception of electronic filing) | No. of Pages of Pleading | Total Number of Pages[1] | Cost Per Page | Total Cost Per Pleading |
|---|---|---|---|---|---|
| its Motion for Summary Judgment | | | | | |
| Defendants' Motion for Judgment on the Pleadings and Memorandum in Support | 8/28/2003 | 23 | 92 | .10 | 9.20 |

| Printing Costs | Filing Date (electronic filing effective 9/1/2003) | No. of Pages of Pleading | Total Number of Pages[2] | Cost Per Page | Total Cost Per Pleading |
|---|---|---|---|---|---|
| Defendants' Response in Support of Its Motion for Judgment on the Pleadings | 9/29/2003 | 19 | 38 | .10 | 3.80 |
| Defendants' Motion in Limine to Exclude Testimony and Other Evidence At Trial | 10/10/2003 | 32 | 64 | .10 | 6.40 |
| Defendants' Motion in Limine to Exclude at Trial Witness Testimony and Other Evidence Relative to the Power Management Division | 10/10/2003 | 46 | 92 | .10 | 9.20 |
| Defendants' Motion in Limine to Exclude Evidence Relative to Punitive | 10/10/2003 | 29 | 58 | .10 | 5.80 |

2 Section 1920(4) permits a party to recover costs of pleadings and motions filed with the Court.  Cook v. VFS, Inc., 2000 U.S. Dist. LEXIS 15621 at *19 (S.D. Ohio Sept. 27, 2000) (citing Jordan v. Vercoe, 1992 WL 96348 (6th Cir. 1992)).  The 2 copies include one attorney work copy and a copy for Defendant.

| Printing Costs | Filing Date (filed prior to inception of electronic filing) | No. of Pages of Pleading | Total Number of Pages[1] | Cost Per Page | Total Cost Per Pleading |
|---|---|---|---|---|---|
| Damages Under Ohio Law and Liquidated Damages Under Federal Law | | | | | |
| Defendants' Exhibit List | 10/10/2003 | 6 | 12 | .10 | 1.20 |
| Defendants' Motion to Exclude Plaintiff's Damages Evidence at Trial | 10/10/2003 | 32 | 64 | .10 | 6.40 |
| Defendants' Motion in Limine to Exclude at Trial Evidence on Front Pay Damages | 2/13/2004 | 10 | 20 | .10 | 2.00 |
| Defendants' Proposed Jury Instructions | 2/13/2004 | 30 | 60 | .10 | 6.00 |
| Defendant's Witness List | 2/13/2004 | 4 | 8 | .10 | .80 |
| Defendant's Witness List [Revised] | 2/13/2004 | 4 | 8 | .10 | .80 |
| Defendant's Objection to Designated Portions of Deposition Testimony of John Keegan | 2/20/2004 | 2 | 4 | .10 | .40 |
| Defendant's Objection to Designated Testimony of Michael Coleman | 2/20/2004 | 6 | 12 | .10 | 1.20 |
| Defendants' Notice to Designate Portions of Deposition | 2/20/2004 | 2 | 4 | .10 | .40 |

| Printing Costs | Filing Date (filed prior to inception of electronic filing) | No. of Pages of Pleading | Total Number of Pages[1] | Cost Per Page | Total Cost Per Pleading |
|---|---|---|---|---|---|
| Testimony of John Keegan | | | | | |
| Defendants' Response in Opposition to Plaintiff's Motion in Limine Excluding Defendant From Calling Certain Witnesses Live in Its Case-In-Chief | 2/23/2004 | 8 | 16 | .10 | 1.60 |
| Defendants' Objection to the Designated Portions of the Deposition Testimony of Louis Sweatland | 2/23/2004 | 4 | 8 | .10 | .80 |
| Defendant's Pretrial Memorandum in Opposition to Plaintiff's Motion for Order in Limine Precluding Defendant from Objecting to Plaintiff's Damage Calculations and from Using Plaintiff's Prior Calculations | 2/23/2004 | 15 | 30 | .10 | 3.00 |
| Defendants' Proposed Pretrial Order | 2/23/2004 | 29 | 58 | .10 | 5.80 |
| Defendants' Objection regarding Proposed Jury Instructions | 2/23/2004 | 5 | 10 | .10 | 1.00 |
| Defendant's Pretrial | 2/23/2004 | 15 | 30 | .10 | 3.00 |

| Printing Costs | Filing Date (filed prior to inception of electronic filing) | No. of Pages of Pleading | Total Number of Pages[1] | Cost Per Page | Total Cost Per Pleading |
|---|---|---|---|---|---|
| Memorandum Revised In Opposition to Plaintiff's Motion for Order in Limine Precluding Defendant from Objecting to Plaintiff's Damage Calculations and from Using Plaintiff's Prior Calculations | | | | | |
| Defendant's Response in Opposition to Plaintiff's Motion in Limine Precluding Defendant from Calling Certain Witnesses Live in Its Case-in-Chief | 2/25/2004 | 3 | 6 | .10 | .60 |
| Defendant's Trial Brief | 2/27/2004 | 96 | 192 | .10 | 19.20 |
| Defendants' Motion in Limine to Exclude Evidence of Plaintiff's Exhibits 42 and 43 regarding Front Pay and Future Pension Benefits | 3/9/2004 | 91 | 182 | .10 | 18.20 |
| Defendant's Supplemental Exhibit List | 3/9/2004 | 7 | 14 | .10 | 1.40 |
| Defendant's Supplemental Response | 3/12/2004 | 13 | 26 | .10 | 2.60 |

| Printing Costs | Filing Date (filed prior to inception of electronic filing) | No. of Pages of Pleading | Total Number of Pages[1] | Cost Per Page | Total Cost Per Pleading |
|---|---|---|---|---|---|
| Defendant's Proposed Jury Instructions | 3/16/2004 | 7 | 14 | .10 | 1.40 |
| TOTAL | | | | | 169.40 |

2.      Copies of the deposition transcripts of Jerome Williams, Michael Coleman, Norris Woodruff and Thomas Bilia, which were filed with this Court on February 7, 2003 and cited in in Defendant's Motion For Summary Judgment and its Reply Brief: 1853 pages @ 10¢ x 2 copies [3] ..............................$     370.60

3.      Printing costs for exhibit boards developed for trial and used at trial [4] ........................................$  4,885.58

4.      Printing costs for trial exhibits produced for the Court and Plaintiff for use at trial: 136 pages @ 10¢ x 3 copies [5] .................................$       40.80

5.      Costs of witness Thomas Bilia's roundtrip airfare from Connecticut to Columbus, Ohio to testify at trial [6] ........................................$     561.55

---

3      Section 1920(4) permits a party to recover costs of discovery materials filed with the Court. Cook v. VFS, Inc., 2000 U.S. Dist. LEXIS 15621 at *19 (S.D. Ohio Sept. 27, 2000) (citing Jordan v. Vercoe, 1992 WL 96348 (6th Cir. 1992)). The 2 copies include one attorney work copy and a copy for Defendant.

4      The "costs of photocopying are recoverable to the extent such costs were used as court exhibits or were furnished to the Court or the opposing counsel." Langenderfer, Inc. v. S.E. Johnson Company, 684 F.Supp. 953, 961 (N.D. Ohio 1988).

5      The costs of photocopying exhibits are recoverable when, as here, such exhibits are furnished to the Court or to opposing counsel for trial. Langenderfer, Inc. v. S.E. Johnson Company, 684 F.Supp. 953, 961 (N.D. Ohio 1988). The three copies include one attorney work copy; one copy for Plaintiff; and one copy for the Court.

6      The actual cost of the roundtrip airfare incurred by Defendant for Mr. Bilia was $1,123.10. Defendant, however, seeks only to recover half of this amount pursuant to Defendant's and Plaintiff's pre-trial agreement that any costs associated with Mr. Bilia's travel to Columbus to testify at trial would be divided evenly between Plaintiff and Defendant.

6.  Costs of witness Thomas Bilia's hotel
    room [7] ...............................................................$    64.11

    **TOTAL FEES AND DISBURSEMENTS**
    **FOR PRINTING AND WITNESSES:** ..............................$ 6,092.04

**D.  Fees For Exemplification And Copies Of Papers Necessarily Obtained**
**For Use In The Case.**

1.  Copies of discovery documents
    produced by Plaintiff to Defendant
    402 pages @ 10¢ x 4 copies [8] ............................................... $   160.80

    **TOTAL FEES FOR COPIES OF PAPERS**
    **NECESSARILY OBTAINED FOR USE**
    **IN THIS CASE:** ................................................................. $   **160.80**

Respectfully Submitted,

/s/ Charles M. Roesch
Charles M. Roesch (0013307)
DINSMORE & SHOHL LLP
1900 Chemed Center
255 E. Fifth Street
Cincinnati, OH 45202
(513) 977-8200

Attorney for Defendant,
General Electric Company

---

[7]  The actual cost incurred by Defendant for Mr. Bilia's hotel room was $ 128.43.  Defendant, however, seeks only to recover half of this amount pursuant to Defendant's and Plaintiff's pre-trial agreement that any costs associated with Mr. Bilia's travel to Columbus to testify at trial would be divided evenly between Plaintiff and Defendant.

[8]  A prevailing party may recover as costs pursuant to § 1920(4) the expenses it incurs to copy documents produced by the opposing party during discovery.  Watkins & Son Pet Supplies v. Iams Company, 197 F.Supp. 2d 1030, 1038 (S.D. Ohio 2002).  The 4 copies include attorney work copies and copies for Defendants.

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing Defendant's Memorandum In Support Of Its Bill of Costs was filed electronically and served via first class United States mail upon Russell Kelm, Attorney for Plaintiff, Law offices of Russell A. Kelm, 37 W. Broad Street, Suite 860, Columbus, Ohio 43215, this 9th day of September, 2005.


/s/ Charles M. Roesch

#1001592v2

**DINSMORE & SHOHL LLP**
ATTORNEYS AT LAW
1900 CHEMED CENTER, 255 EAST FIFTH STREET
CINCINNATI, OHIO 45202

FIRSTAR
CINCINNATI, OHIO

| Check Number | Check Date |
|---|---|
| 69162 | 7/5/01 |

Amount

****$150.00

PAY One hundred fifty and 00/100  Dollars

TO THE
ORDER OF

Clerk, U.S. District Court
85 Marconi Blvd    Room 260
Columbus, OH  43215

*Kathy Murphy*
AUTHORIZED SIGNATURE

⑆069162⑆ ⑈042000013⑈ 4864797101⑈

---

DINSMORE & SHOHL LLP

REF: 149230

Check Number:    69162

| 031071 | 7/5/01 | 12356 | | $150.00 |
|---|---|---|---|---|
| 25298 | 3 | VENDOR: Clerk, U.S. District Court; INVOICE#: 031071; DATE: 7/5/01 Removal - filing fee Williams v. GE | $150.00 | |

# McGinnis & Associates, Inc.

175 South Third Street, Suite 540
Columbus, OH 43215
(614) 431-1344
(614) 431-5226 Fax
(800) 498-2451 Toll-Free
Tax ID# 31-1029750

Page: 1

Date: 8/20/02

Invoice: 1677/41846

Terms: NET30

Due Date: 9/19/02

Charles Roesch, Esq
Dinsmore & Shohl
Attn: Marlene Walker-Hanna
175 S Third St, 10th Fl
Columbus, OH 43215

Re: Williams V. General Electric
Video Deposition of: Jerome Williams

*# 25298-3*

Case # C2-01-681
Date Taken: 08/12/02

| Quantity | Description | Per | Extended |
|---|---|---|---|
| 8.00 | Attendance of Court Reporter | $30.00 | $240.00 |
| 213.00 | Original Transcript-Expedited | $3.75 | $798.75 |
| 117.00 | Exhibit Copying Charges | $0.30 | $35.10 |
| 1.00 | Labor to Secure Witness Signature | $20.00 | $20.00 |
| 1.00 | Shipping to Secure Witness Signature | $4.42 | $4.42 |
| 1.00 | Min-U-Script Conversion | $10.00 | $10.00 |
| 1.00 | Materials Charge for Disk N/C | $0.00 | |
| 1.00 | Attendance of Videographer for First Hour | $90.00 | $90.00 |
| 14.00 | Attendance of Videographer for Each Additional Half-Hour | $50.00 | $700.00 |
| 1.00 | Video Materials Used for Original | $15.00 | $15.00 |
| 4.00 | Additional Video Materials for Original | $10.00 | $40.00 |
| 1.00 | Postage & Handling | $25.75 | $25.75 |
| | 05/JVP | $0.00 | |

VND NO. *990 7635*
IND. NO. *1677/41846*
INV. DT. *8/20/02*
CL. AC. NO. *1310*
DEPT. *25298-3*
CHK NO. _____
DATE PD. _____

Subtotal: $1,979.02

Tax: $48.59

Amount Due: $2,027.61

*1954.90*

05

# Runfola Reporters

**995 South High Street**
**Columbus, OH 43206**
**Phone #: (614)445-8477 Fax #: (614)841-7749**

*Court Reporting . . . We've Made A Science Of It!*

Employer I.D. No. 31-0900151

To:

Charles Roesch
Dinsmore & Shohl
1900 Chemed Center, 255 East 5th Street
Cincinnati, OH 45202

| Invoice Date: |
|---|
| 10/15/2002 |

| Invoice No. |
|---|
| 9,887 |

5,374

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

RE: Jerome B. Williams vs. GE Co., et al.

Deposed: Thomas Bilia

Date Taken: 8/27/2002    Case No. C2-01-681

Taken By: Angie Moore

| Description | Charges |
|---|---|
| Copy-Thomas Bilia | 540.00 |
| Binding & Delivery | 10.00 |
| | |
| **Net 30 Days** | |
| To insure proper credit, please enclose a copy of this invoice with payment. | **Total:** 550.00 |

We accept Visa/Mastercard

Card #_____

Exp _____

Signature_____

| TOTAL BALANCE DUE: | 550.00 |
|---|---|

WED, SEP-07-05 9:15PM    MIHAILOVICH REPORTING    9238840    P.02

## MIHAILOVICH REPORTING SERVICES
### 114c HAZELTON AVENUE
### TORONTO, ONTARIO, CANADA
### M5R 2E5

### (416) 923-8840

INVOICE                              No. 0232

September 4, 2002

TO:  Dinsmore & Shohl, LLP
     1900 Chemed Center
      255 East Fifth Street
     Cincinnati, Ohio   45202
     (513) 977-8178

Attention:  Charles M. Roesch, Esq.

Re:  Williams v General Electric

Date of deposition:  August 22, 2002

| | |
|---|---|
| Deposition of Michael Coleman, 227 pgs @ .80/condensed | 181.60 |
| | 181.60 |
| Goods and services tax @ seven percent | 12.71 |
| Total payable on receipt | US funds   194.31 |

Please make cheque payable to Mihailovich Reporting Services.
Thank you for allowing us to serve you.

Rec'd
Oct. 21/02

Fellows of the Chartered Shorthand Reporters' Association of Ontario
and Registered Professional Reporters of National Court Reporters Association (U.S.)
GST #114 953 177

TOTAL P.02

# Runfola Reporters

*Court Reporting . . . We've Made A Science Of It!*

**995 South High Street**
**Columbus, OH  43206**
**Phone #: (614)445-8477  Fax #: (614)841-7749**

To:

Charles Roesch
Dinsmore & Shohl
1900 Chemed Center, 255 East 5th Street
Cincinnati, OH  45202

**Employer I.D. No. 31-0900151**

| Invoice Date: |
|---|
| 10/29/2002 |

| Invoice No. |
|---|
| 9,987 |

5,374

**PLEASE REFERENCE THIS**
**INVOICE NUMBER WHEN**
**REMITTING**

RE:  Jerome B. Williams vs. GE Co., et al.

Deposed:  Norris  Woodruff

Date Taken:  10/08/2002       Case No.  C2-01-681

Taken By:  Jennifer Looney

| Description | Charges |
|---|---|
| Copy | 557.50 |
| Exhibits | 29.12 |
| Binding & Delivery | 10.00 |

**Net 30 Days**

To insure proper credit, please enclose a
copy of this invoice with payment.

**Total:** 596.62

We accept Visa/Mastercard

Card #_____

Exp _____

Signature_____

**TOTAL BALANCE**
**DUE:**        596.62

 **Professional Reporters, Inc**
398 South Washington Ave
Columbus, Ohio 43215
(614) 460-5000
(614) 460-5566 Fax

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 10/24/2003 | 15294 |

| BILL TO |
|---------|
| Dinsmore & Shohl LLP<br>Charles M Roesch<br>1900 Chemed Center<br>255 East Fifth Street<br>Cincinnati, Ohio 45202 |

| IN RE: |
|--------|
| Williams vs General Electric Co |

## Tax ID: 31-0995591

| | JOB NO. | REP |
|---|---------|-----|
| | TM1544 | TM |

| ITEM | DESCRIPTION | DEPONENT | SERVICED | AMOUNT |
|------|-------------|----------|----------|--------|
| B//CA14<br>Shipping | Transcript Copy<br>Shipping/Handling | Louis Sweatland | 10/30/2002<br>10/23/2003 | 280.80<br>15.00 |

| *Finance charges of 1.5% will be added after 30 days*<br>We accept Visa, Mastercard, AMEX, & Discover | **Total** | $295.80 |
|---|---|---|

# Runfola Reporters

**453 Village Park Drive**
**Powell, OH 43065**
**Phone #: (614)445-8477 Fax #: (614)841-7749**

*Court Reporting . . . We've Made A Science Of It!*

Employer I.D. No. 31-0900151

To:

Charles Roesch
Dinsmore & Shohl
1900 Chemed Center, 255 East 5th Street

Cincinnati, OH 45202

| Invoice Date: |
|---|
| **12/09/2002** |
| Invoice No. |
| **10,290** 5,374 |

PLEASE REFERENCE THIS
INVOICE NUMBER WHEN
REMITTING

RE: Jerome B. Williams vs. GE Co., et al.

Deposed: John Keegan

Date Taken: 11/15/2002     Case No. C2-01-681

Taken By: Jennifer Looney

| Description | Charges |
|---|---|
| Copy | 335.00 |
| Binding & Delivery | 10.00 |
| | |
| **Net 30 Days**<br>To insure proper credit, please enclose a<br>copy of this invoice with payment. | **Total:** 345.00 |

We accept Visa/Mastercard

Card #_____

Exp _____

Signature_____

| | |
|---|---|
| **TOTAL BALANCE DUE:** | **345.00** |

**DINSMORE & SHOHL LLP**
**TRAVEL AND MISCELLANEOUS EXPENSES**
*(do not use this form for Business Meals and Entertainment reimbursement)*

Name *(please print):* Charles M. Roesch

Purpose of Travel: Tom Bilia airfare - trial

Mode of Travel: ☑ Air  ☐ Personal Auto  ☐ Rental Auto  ☐ Other

Departure/Arrival Locations and Dates:

① Dpt: Stanford CT on 3/11/04  Arr: Columbus OH on 3/11/04
② Dpt: Columbus OH on 3/12/04  Arr: Stanford CT on 3/12/04
Dpt: on  Arr: on

| Description of Expenses *(attach receipts)* | Code | Amount |
|---|---|---|
| Air Fare | Air | ① 467.40 |
| Rental Car | Rental | ② 655.70 |
| Hotel (exclude meals charged to room) | Hotel | |
| Meals (include meals charged to hotel room) | Bus | |
| Personal Auto (_____ miles @ .36¢/mile) | Local | |
| Travel - Other (cabs, parking, phone, etc.) *(please describe)* | Other | |
| Miscellaneous (non-travel) (seminar fees, books, software, etc.) *(please describe)* | Misc | |
| | **TOTAL** | 1123.10 |
| Less Cash Advanced by Firm | | |
| Net Amount Due to (from) Employee | | 1123.10 |

**Reimbursement Type**

☐ Credit partner's advance account  ☑ Reimburse requester: ☑ check or ☐ cash (up to $200)

☑ **Charge Client** Client # 25298.3 Amount 1123.10  Client # ___ Amount ___
~IF CLIENT CHARGE, *DO NOT* COMPLETE PAGE 2~  Client # ___ Amount ___

**Certification:** In order to qualify as a reimbursable expense (recruiting not included), one of these two tests must have been satisfied: (1) the firm member must have engaged in active conduct of business during the event; the firm member must have had more than a general expectation of deriving income in the indefinite future and the active conduct of business must be the principal aspect of the event; or (2) a substantial business discussion must have occurred directly before and after the event and the active conduct of business must have been the principal aspect of the combined business/event. In addition, substitution for the expenditures must be attached to this form.

**CERTIFIED CORRECT** *(Signature)*  **REVIEWED / APPROVED:** *(Signature)*
Charles M Roesch
**Date:** 3/30/04  **Date:** 3/30/04

**Reviewers:** *Any Partner* (for client or PEAR charges); *Recruiting Coordinator* (for REC charges); *Controller or Assistant Controller* (for assoc. client dev. charges); *Department Head* (for COR, LAB or LIT charges); *Executive Director* (for FIRM charges); *Kim Curtis* or *Cliff Roe* (for Practice Group charges); *Committee Chair* (for other committee charges)



## UNITED

Contact United | Site search—

**Planning travel** | **Travel support** | **Mileage Plus** | **About United**

Home > Planning travel > Create itinerary                    ❓ Help

# Create itinerary: Review

**Quick links:**
Shop for flights
Fly with Ted
Special deals
Vacation packages
Mileage summary
Customer support

**Related links:**
> Saved searches

🛫 **Edit search?**
Departure airport:
bdl
Destination airport:
CMH
Departing date:
Mar ▾ 11 ▾
Morning ▾
Returning date:
Mar ▾ 12 ▾
Morning ▾

**Search**

Earn 1000 Mileage Plus® bonus miles every time you complete a roundtrip United® or United Express® flight purchased at united.com.

Modify or purchase your itinerary.

## Review the itinerary

*Confirm # L1TC2M* (handwritten)

🛫 **Flights**  New search

| Hartford-Springfield (BDL) to Columbus (CMH) | | | Thursday, Mar 11 | |
|---|---|---|---|---|
| Flight info | Dates | Misc | Fares | |
| **United Airlines 7243** (Operated by United Express/Atlantic Coast) Canadair Jet | Mar 11 10:26 am depart BDL Mar 11 11:49 am arrive IAD | stops: Non-stop | Class: Coach Fare Basis Code: VRA Booking Class: V Fare Rules | Delete |
| **United Airlines 7715** (Operated by United Express/Atlantic Coast) Canadair Jet | Mar 11 12:35 pm depart IAD Mar 11 1:53 pm arrive CMH | stops: Non-stop | Class: Coach Fare Basis Code: VRA Booking Class: V Fare Rules | |

| Columbus (CMH) to Hartford-Springfield (BDL) | | | Friday, Mar 12 | |
|---|---|---|---|---|
| Flight info | Dates | Misc | Fares | |
| **United Airlines 843** Boeing 737-300 | Mar 12 5:04 pm depart CMH Mar 12 5:30 pm arrive ORD | stops: Non-stop | Class: Coach Fare Basis Code: MBIZN Booking Class: M Fare Rules | Delete |
| **United Airlines 1234** Airbus A320 | Mar 12 6:25 pm depart ORD Mar 12 9:29 pm arrive BDL | stops: Non-stop | Class: Coach Fare Basis Code: MBIZN Booking Class: M Fare Rules | |

**Total Airfare (including taxes and charges): USD 467.40**
**Penalty: NONREF/CHANGE100PLUSFAREDIF / / CXL BY FLT DATE OR NOVALUE**

*standby = ∅* (handwritten)
*change = $100* (handwritten)

*charge to CMR Amex.* (handwritten)

To complete your purchase, please log in or continue as a guest.

### Please log in

Mileage Plus number [_____]

Password [_____]

☐ Remember my Mileage Plus number

**Benefits**

- Earn 1000 bonus miles
- Add your Mileage Plus number to reservation
- Access your itinerary online



**AmericanAirlines**

Home | Login | My Account | Worldwide Sites | Contact AA | FAQ | Search

## Book Flights

① Select Flights ② Passenger Details ③ Flight Summary ④ Payment ⑤ Ticketing Options ⑥ Finish

### One-Way Flight Search by Schedule
- Choose your Departing flight(s)
- Click **Continue**

To see more options, use the Modify Search box to change your preferences and click **Resubmit**.

**Modify Search**

From: City or Airport Code
CMH

To: City or Airport Code
BDL

Departure Date
Mar  12
7 pm

Number of Connections: ● No Preference  ○ None  ○ 1 or Less

PRINT

Fares are not guaranteed until tickets are purchased.

*short notice may not go through* (handwritten)

| Select | Carrier | Flight Number | Departing City | Date & Time | Arriving City | Date & Time | Aircraft Type | On Time | AAdvantage Base Miles Earned |
|---|---|---|---|---|---|---|---|---|---|
| ○ | AMERICAN AIRLINES OPERATED BY AMERICAN EAGLE | 4653 | CMH Columbus | 03/12/2004 07:55 PM | RDU Raleigh/ Durham | 03/12/2004 09:10 PM | ER3 | 70% | 362 |
| | AMERICAN AIRLINES OPERATED BY AMERICAN EAGLE | 4623 | RDU Raleigh/ Durham | 03/12/2004 09:45 PM | BDL Hartford/ Springfield/ Windsor Locks | 03/12/2004 11:15 PM | ER3 | 60% | 532 |
| ○ | AMERICAN AIRLINES OPERATED BY AMERICAN EAGLE | 4394 | CMH Columbus | 03/12/2004 06:49 PM | ORD Chicago | 03/12/2004 07:22 PM | CR7 | 30% | 296 |
| | AMERICAN AIRLINES | 602 | ORD Chicago | 03/12/2004 08:05 PM | BDL Hartford/ Springfield/ Windsor Locks | 03/12/2004 11:07 PM | S80 MORE ROOM | 50% | 783 |
| | AMERICAN AIRLINES OPERATED BY AMERICAN EAGLE | 4394 | CMH Columbus | 03/12/2004 06:49 PM | ORD Chicago | 03/12/2004 07:22 PM | CR7 | 30% | 296 |
| | US AIRWAYS OPERATED BY UNITED AIRLINES | 6742 | ORD Chicago | 03/12/2004 09:05 PM | BDL Hartford/ Springfield/ Windsor Locks | 03/13/2004 12:08 AM | 757 | N/A | |
| ○ | AMERICAN AIRLINES OPERATED BY AMERICAN EAGLE | 4346 | CMH Columbus | 03/12/2004 04:43 PM | ORD Chicago | 03/12/2004 05:01 PM | ER4 | N/A | 296 |
| | US AIRWAYS OPERATED BY UNITED AIRLINES | 6792 | ORD Chicago | 03/12/2004 06:25 PM | BDL Hartford/ Springfield/ Windsor Locks | 03/12/2004 09:29 PM | 320 | N/A | |
| ○ | AMERICAN AIRLINES | 4346 | CMH Columbus | 03/12/2004 04:43 PM | ORD Chicago | 03/12/2004 05:01 PM | ER4 | N/A | 296 |

*(handwritten notes in left margin: Tom Lillie, $55.70, $100 prepay, #299.70, Confirm #JCKWZC, photo identified)*

# THE ATHLETIC CLUB OF COLUMBUS COMPANY

**136 EAST BROAD STREET**
**COLUMBUS, OHIO 43215-3648**

| Date |
|---|
| 03/31/04 |

| Amount Due |
|---|
| |

| Amount Remitted |
|---|
| |

% DINSMORE & SHOHL, LLP
1900 CHEMED CENTER
255 EAST FIFTH STREET
CINCINNATI, OH  45202

Receipt

**Please Return This Portion With Your Remittance**

| Date | Ref. | Description | Charge Amount | Service Amount | Sales Tax | Total Charges | Payments/ Credits | Current Balance |
|---|---|---|---|---|---|---|---|---|
| 03/10 | 418552 | HOUSE MISC. *Rm* | 128.43 | | | 128.43 | | 1257.90 |

**DUE UPON RECEIPT. THERE IS A 2% LATE PENALTY ON AMOUNTS NOT PAID IN FULL AND RECEIVED BY 5:00 P.M. ON THE LAST DAY OF THE MONTH.**

PAYMENTS OR GIFTS TO THE CLUB ARE NOT TAX DEDUCTIBLE FOR CHARITABLE PURPOSES.

| Unused Minimum | Current | 30 Days | 60 Days | 90 Days | Amount Due ➡ | |
|---|---|---|---|---|---|---|
| Member No. | | Member Name | | | | |

THE ATHLETIC CLUB OF COLUMBUS COMPANY
136 EAST BROAD STREET
COLUMBUS, OHIO 43215-3648
PHONE (614) 221-3344 • FAX (614) 358-0069